[ ] AMENDED

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re:  (1)  BETTY LOVE                                            Case No. 19-22675
        (2)
Debtor(s).                                                          Chapter 13

# CHAPTER 13 PLAN

**ADDRESS:**   (1)

**PLAN PAYMENT:**

DEBTOR (1) shall pay $ **$130.00 EVERY 2 WEEKS**

( ) PAYROLL DEDUCTION from:   CORRECT CARE SOLUTIONS
                              ATTN; PAYROLL
                              1283 MURFREESBORO ROAD #500
                              NASHVILLE, TN  37217

1. **THIS PLAN [Rule 3015.1 Notice]:**

   (A)   CONTAINS A NON-STANDARD PROVISION. [See Plan Provision #19]                ( ) YES  ( X ) NO

   (B)   LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION OF               (X) YES  ( ) NO
         THE COLLATERAL FOR THE CLAIM. [See Plan Provision #7 and #8]

   (C)   AVOIDS A SECURITY INTEREST OR LIEN. [See Plan Provision #12]               ( ) YES  ( X ) NO

2. **ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' Attorney Fee pursuant to Confirmation Order.

3. **AUTO INSURANCE:** ( ) Included in Plan; **OR** ( X ) Not included in Plan; Debtor(s) to provide proof of insurance at Section 341 Meeting of Creditors.

4. **DOMESTIC SUPPORT:** Paid by: ( ) Debtor(s) directly, ( ) Wage Assignment, **OR** ( ) Trustee to**:**   **Monthly Plan Payment**

   NONE                              Ongoing Payment Begins:                       $
                                     Approximate Arrearage:                        $

5. **PRIORITY CLAIMS:**

   NONE                              Amount:                                       $

6. **HOME MORTGAGE CLAIMS:** ( ) Paid Directly by Debtor(s); **OR** ( ) Paid by Trustee to:

   OCWEN LOAN SERVICING              **ONGOING TO BE PAID DIRECTLY TO OCWEN**      $0.00
   (Residence at 5068 Ravensworth Drive)   **BEGINNING JULY, 2019**

   OCWEN LOAN SERVICING              APPROXIMATE ARREARAGES OWED TO OCWEN          $60.00
   (Residence at 5068 Ravensworth Drive)   **THROUGH AND INCLUDING JUNE, 2019; $3,370**

   LITTON LOAN SERVICING             TO BE PAID DIRECTLY TO LITTON LOAN OUTSIDE    $0.00
   (Residence at 5068 Ravensworth Drive)   OF THE PLAN

7. **SECURED CLAIMS:**

   [Retain Lien 11 U.S.C. Sec. 1325 (a)(5)]   Value of Collateral:   Rate of Interest:   **Monthly Plan Payment**

   GM FINANCIAL                              $4,500                  5.25%               $90.00
   (2014 Buick Verano)

In Re BETTY LOVE
Page # 2 of Plan

8. **SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

   [Retain Lien 11 U.S.C. Sec. 1325(a)]   <u>Value of Collateral</u>      <u>Rate of Interest:</u>      **<u>Monthly Plan Payment</u>**

   NONE                                                                                                 $
                                                                                                        $

9. **SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

   NONE                               Collateral:
                                      Collateral:

10. **SPECIAL CLASS UNSECURED CLAIMS:**
                              <u>Amount:</u>          <u>Rate of Interest:</u>       **<u>Monthly Plan Payment</u>**

    NONE                                                                              $
                                                                                      $

11. **STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS**

    NELNET; $25,000                       (X) Not provided for   **OR**   ( ) General unsecured creditor
                                          ( ) Not provided for   **OR**   ( ) General unsecured creditor

12. **THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C. Sec. 522(f):**

13. **ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

14. **ESTIMATED TOTAL GENERAL UNSECURED CLAIMS:** $30,000

15. **THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

    ( X ) 10%,  **OR**

    (   ) THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

16. **THIS PLAN ASSUMES OR REJECTS THE FOLLOWING EXECUTORY CONTRACTS:**

    NONE                                                   ( ) Assumes  **OR**  ( ) Rejects.
                                                           ( ) Assumes  **OR**  ( ) Rejects.

17. **COMPLETION:** Plan shall be completed upon payment of the above in approximately **60** months.

18. **FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED AN ACCEPTANCE OF THE PLAN**

19. **NON-STANDARD PROVISION(S):**

    NONE

    **ANY NON-STANDARD PROVISIONS STATED ELSEWHERE ARE VOID.**

20. **CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

    <u>/s/ Brad George (TN #17994)</u>                              **DATE:** April 1, 2019
    Counsel for Debtor(s)
    2400 Poplar Avenue #460
    Memphis, TN  38112
    (901) 323-1311